UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-MJ-1046 KS

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION )<br>OF THE UNITED STATES OF AMERICA )<br>FOR THE ISSUANCE OF AN ARREST )<br>WARRANT UPON A CRIMINAL )<br>COMPLAINT ) | ORDER TO SEAL |

Upon motion of the United States, for good cause shown, and based upon the facts and reasons stated in the motion, it is hereby ORDERED that the Application, Affidavit, and Warrant, filed in connection with this motion, be sealed by the Clerk from this date until further order by this Court, except that a certified copy of the same be provided to the United States Attorney's Office and Special Agent Madeline Fillman, HHS-OIG.

This the 19th day of May, 2015.

KIMBERLY A. SWANK
United States Magistrate Judge